LAW OFFICES
HOWARD A. CHOROST
A PROFESSIONAL CORPORATION
21 EAST SPEEDWAY BOULEVARD
TUCSON, ARIZONA 85705
TEL (520) 792-0011
FAX (520) 844-1196

Email: hchorost@me.com

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663

Attorney for Creditor: Vantage West Credit Union

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Ruben Borbon, Jr. And Heather Nicole Borbon,<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No. 2:19-bk-15474-PS<br><br>OBJECTION TO CONFIRMATION OF DEBTORS PROPOSED CHAPTER 13 PLAN<br><br>RE: Docket Entry 2 |

Creditor Vantage West Credit Union, by and through undersigned Counsel, enters an Objection to Confirmation of Debtors proposed Chapter 13 Plan filed on December 10, 2019 under Docket Entry 2.

Creditor is secured by a 2016 GMC Terrain. The Principal Balance owed on the vehicle is $23,492.85. Creditor is informed, believes and therefore alleges that the Replacement Value of the collateral is $17,366.00.

Accordingly, Creditor objects to Debtors propose Cram Down Plan valuing the vehicle at $13,000.00 and respectfully requests that the value of the vehicle be fixed at

- 1 -

$17,366.00 and that Debtor should provide for payment of same as the secured portion of the Claim.

Additionally, as the value should be fixed at $17,366.00, pre-Confirmation monthly disbursements of Adequate Protection payments should be set in an amount of not less than $173.00 per month.

Copies of Creditors Contract, MVD Lien record, and Kelly Blue Book Valuation are annexed as Exhibits in support of this Objection.

WHEREFORE, Creditor Vantage West Credit Union respectfully requests that Confirmation be denied.

Respectfully Submitted: January 15, 2020.

HOWARD A. CHOROST, P.C.

/s/ Howard A. Chorost, AZ Bar No. 012663
_____
Howard A. Chorost
Attorney for Creditor
Vantage West Credit Union

Copy of the forgoing mailed/emailed to:

THOMAS ADAMS MCAVITY
PHOENIX FRESH START BANKRUPTCY ATTORNEYS
4602 E Thomas Rd, Ste S-9
PHOENIX, AZ 85028
Email: tom@nwrelief.com

RUSSELL BROWN
CHAPTER 13 TRUSTEE
3838 NORTH CENTRAL AVENUE SUITE 800
PHOENIX, AZ 85012-1965
Email: ecfmailclient@ch13bk.com

RUBEN BORBON, JR.
HEATHER NICOLE BORBON
22570 E. VIA DEL ORO
QUEEN CREEK, AZ 85142-8465

/s/ Howard A. Chorost, AZ Bar No. 012663

_____
Howard A. Chorost

- 2 -

# EXHIBIT "A"

| STOCK NO. | | |
|---|---|---|
| | P2906 | |

**MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT AND PURCHASE MONEY SECURITY AGREEMENT**

Buyer(s)/Debtor(s): HEATHER NICOLE BORBON
ROBEN BORBON

Seller/Creditor: FREEWAY CHEVROLET

Address: 22280 S 209TH WAY #112
QUEEN CREEK, AZ 85142-0000

Address: 1150 N. 54TH STREET
CHANDLER, AZ 85226

This is an agreement for the installment purchase by you of the Vehicle described below. As used in this Contract, the words "you" and "your" mean the Buyer or Buyers who sign below. The words "we", "us", "our" and "Seller" refer to the Seller whose name and address appear above or to anyone to whom this Contract is assigned (referred to as the "Assignee"). If the Assignee notifies you that it has purchased this Contract, you agree to make all of your payments to the Assignee. This Contract may be cancelled by Seller if it is unable to assign the Contract to any one of the financial institutions with whom Seller regularly does business on terms acceptable to Seller. **BY SIGNING BELOW, YOU ALSO AGREE TO ALL OF THE TERMS ON BOTH SIDES OF THIS CONTRACT. PLEASE READ THE BACK CAREFULLY.**
The Vehicle which you are purchasing is a:

| NEW OR USED | YEAR MODEL | MAKE TRADE NAME | NO. CYL. | BODY TYPE | MODEL # OR SERIES | VEHICLE I.D.# |
|---|---|---|---|---|---|---|
| USED | 2016 | GMC | | FWD 4DR SLT | TERRAIN | 2GKFLPE3XG6227862 |

You intend to use the Vehicle primarily for ☒ personal, family, or household purposes ("personal use") ☐ commercial, business, agricultural, or other non-personal uses ("commercial use").

| | | | Your payment schedule will be: | | |
|---|---|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** | THE COST OF YOUR CREDIT AS A YEARLY RATE. | Number of Payments | Amount of Payments | When Payments are Due: | |
| 4.500 % | | 84 | 528.61 | Monthly, Beginning 06/09/16 | |

| **FINANCE CHARGE** | THE DOLLAR AMOUNT THE CREDIT WILL COST YOU. $ 6,445.24 |
|---|---|

**Insurance: CREDIT LIFE INSURANCE AND CREDIT DISABILITY INSURANCE ARE NOT REQUIRED TO OBTAIN CREDIT, AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST.**

| Amount Financed | The amount of credit provided to you or on your behalf. $ 37,958.00 |
|---|---|

| Type | Term | Premium | Signature |
|---|---|---|---|
| Credit Life Insurance | ____ mos. | $ N/A | I want credit life insurance only |
| Disability Insurance | ____ mos. | $ N/A | I want disability insurance only |
| Credit Life and Disability | ____ mos. | $ N/A | I want credit life and disability insurance |
| Joint Credit Life Insurance | ____ mos. | $ N/A | We want joint credit life insurance |
| Joint Credit Life and Single Disability Insurance | ____ mos. | $ N/A | We want joint credit life and single disability insurance |

| Total of Payments | The amount you will have paid after you have made all payments as scheduled. $ 44,403.24 |
|---|---|

| Total Sale Price | The total cost of your purchase on credit including your down payment of $ 0.00 $ 44,403.24 |
|---|---|

**Security:** You are giving a security interest in the Vehicle being purchased.
**Late Charge:** If the Vehicle is purchased for personal use, and a payment is not paid in full within 10 days after it is due, you will pay a late charge not to exceed 5% of the unpaid balance of the installment.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
See the other portions of this Contract for additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (incl. accessories) $ 28,888.00 + Sales Tax $ 1,473.26 + Net Trade-In Deficiency (item $ if negative) $ 6,378.71 to FSRI = Total Cash Price . . . . . . . $ 36,739.97 (1)
2. Other charges included in this sale:
   ** (a) Vehicle Service Contract (Term) _____ to _____ $ N/A
   (b) Dealer Documentary Fee $ 389.00
   ** (c) Other (describe) ETCH to SAFEGUARD $ 228.00
   ** (d) Other (describe) _____ to _____ $ N/A
   ** (e) Other (describe) _____ to _____ $ N/A
   ** (f) Other (describe) _____ to _____ $ N/A
   Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 617.00 (2)
3. Payments made on your behalf to Public Officials for Official Fees . . . . . . . . . . . . . . $ 601.03 (3)
4. Cash Sale Price (sum of items 1, 2 and 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 37,958.00 (4)
5. Trade-in 2010 NISSAN MAXIMA $ 10,000.00 $ 16,378.71 = $ 6,378.71− (5)
   Yr. Make & Model    Gross Allowance    Payoff    Net Trade-In (Deficiency)
6. Total Down Payment includes:
   (a) Net Trade-In (item 5) (if negative, insert $0) . . . . . . . . . . . . . . . . . . . . $ N/A
   (b) Cash Down Payment (includes manufacturer's rebate of $ _____ applied to purchase) $ N/A

| | | | | |
|---|---|---|---|---|
| **(d)** Other (describe) _____ to _____ | | | $ | N/A |
| ** **(e)** Other (describe) _____ to _____ | | | $ | N/A |
| ** **(f)** Other (describe) _____ to _____ | | | $ | N/A |

Total ................................................................................ $ 617.00 (2)

3. Payments made on your behalf to Public Officials for Official Fees .......................... $ 601.03 (3)

4. Cash Sale Price (sum of items 1, 2 and 3) ................................................. $ 37,958.00 (4)

5. Trade-in

| 2010 NISSAN MAXIMA | $ 10,000.00 | 16,378.71 | 6,378.71– =(5) |
|---|---|---|---|
| Yr. Make & Model | Gross Allowance | Payoff | Net Trade-In (Deficiency) |

6. Total Down Payment includes:
   (a) Net Trade-In (item 5) (if negative, insert $0) ................................. $ N/A
   (b) Cash Down Payment (Includes manufacturer's rebate of $ ___N/A___ assigned to Seller) $ N/A
   Total Down Payment (a + b) ............................................................ $ N/A (6)

7. Unpaid balance of Cash Sale Price (item 4 less item 6) ................................... $ 37,958.00 (7)

8. Payments made to others on your behalf:
   ** **(a)** Amounts paid to Insurance Companies for Insurance Premiums:
   **(1)** Credit Insurance Premiums $ ___N/A___ + **(2)** Property Insurance Premiums $ ___N/A___
   Total ........................................................................... $ N/A (8a)
   **(b)** Amounts paid to others:
   ** **(1)** To: SAFE GAP _____ for: _____ $ N/A (8b)
   ** **(2)** To: _____ for: _____ $ N/A (8c)
   ** **(3)** To: _____ for: _____ $ N/A (8d)
   Total Amount Paid to Others (Sum of items 8(a) through 8(d)) ...................... $ N/A (8)
   **Seller may be retaining a portion of this amount.

9. Amount Financed – Amount of credit you will get (item 7 plus item 8) .......................... $ 37,958.00 (9)

10. If the "Amount Financed" exceeds $ 54,600.00 or if the Vehicle is purchased primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance."

11. **Property Insurance:** You promise to keep the Vehicle insured for its full value against loss or damage with loss payable endorsement in our favor during the time any amount is unpaid under this Contract. YOU MAY OBTAIN YOUR REQUIRED INSURANCE FROM ANY COMPANY ACCEPTABLE TO US. If you purchase your insurance through Seller, the costs and items of coverage are as follows:

| | | TERM | PREMIUM | |
|---|---|---|---|---|
| Collision (actual cash value of loss less $ ___N/A___ deductible) and Comprehensive including fire and theft (cash value of loss less $ ___N/A___ deductible) | | _____ months | $ | N/A |
| Other (describe) _____ | | _____ months | $ | N/A |

If you buy insurance through your own agent, the cost is not included in this Contract. Please give us the name and telephone number of the agent you choose:

Agent's Name ___INDEPENDENCE INS GROUP___ Telephone Number ___(480) 497-2406___

Agent's Address ___2101 E BROADWAY RD STE 13___ City ___TEMPE___ State ___85282___

**Promise to Pay:** By signing below, you promise to pay us the Amount Financed, together with finance charges calculated thereon at the Annual Percentage Rate. You agree to make your payments to us set forth in the Payment Schedule shown above. Your final payment may change, depending upon your payment habits. We will apply each payment first to accrued finance charges and late charges and then to reduce your unpaid balance. This means your finance charge will be less when you pay early and more if you pay late. Any necessary adjustments in your total finance charge will be reflected in your final payment. If a payment is not paid in full within 10 days after it is due, you will also pay a late charge. If the Vehicle is purchased for commercial use, the late charge will be 5% of the unpaid balance of the installment; if the Vehicle is purchased for personal use, the late charge will not exceed 5% of the unpaid balance of the installment.

**Security Interest:** To protect us if you do not pay as promised, or if you break some other promise of this Contract, you give us a purchase money security interest in the Vehicle, all accessions thereto, and in any proceeds of the Vehicle. If the Vehicle is purchased for commercial use, this security interest also covers all equipment, accessories, and parts (other than accessions) added to the Vehicle. If the Vehicle is purchased for personal use, this security interest also covers equipment, accessories, and parts (other than accessions) added to the Vehicle within 10 days of the date of this Contract. You also give us a security interest in the proceeds of any physical damage insurance policy on the Vehicle; all insurance, maintenance, service, or other contracts we finance for you; and all proceeds from insurance, maintenance, service, or other contracts we finance for you, including any refunds of premiums or charges from the insurance. This security interest does not cover any other debts you owe us, and this debt is not covered by any other security interest held by us. **NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE DESCRIBED ABOVE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM THE VEHICLE EXEMPT FROM LEGAL PROCESS.**

**LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES**

(a) For "new" vehicles: (1) If the Vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract, on its own behalf, with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of a Seller's written warranty or service contract; (2) If the Vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The Vehicle is sold to you AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts; (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.

(b) For "used" vehicles:

(1) Used Car Implied Warranty of Merchantability:

The Seller hereby warrants that the vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the Purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

(2) Waiver of Used Car Implied Warranty of Merchantability: Due to circumstances unusual to Seller's business, the used motor vehicle which is the subject of this Contract has the particular defects, if any, described below.

**ATTENTION PURCHASER:** Sign here **only** if the dealer told you that this vehicle has the following problem(s) and that you agree to buy the vehicle on those terms.

**ATENCION COMPRADOR:** Firme aqui **solamente** si el vendedor le dijo que el vehiculo tiene el siguiente problema(s) y que usted conviene de compra el vehiculo bajo estos terminos.

1. ___N/A___ Buyer/Comprador _____ Date _____

2. ___N/A___ Buyer/Comprador _____ Date _____

3. _____

(3) The vehicle is sold "AS IS — NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives you a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the Vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose. The Vehicle is merchantable and is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller

added to the Vehicle within 10 days of the date of this Contract. You also give us a security interest in the proceeds of any physical damage insurance policy on the Vehicle; all insurance, maintenance, service, or other contracts we finance for you; and all proceeds from insurance, maintenance, service, or other contracts we finance for you, including any refunds of premiums or charges from the contracts. This security interest does not cover any other debts you owe us, and this debt is not covered by any other security interest held by us. **NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE DESCRIBED ABOVE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM THE VEHICLE EXEMPT FROM LEGAL PROCESS.**

## LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES

(a) For "new" vehicles: (1) If the Vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract, on its own behalf, with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of a Seller's written warranty or service contract; (2) If the Vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The Vehicle is sold to you AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts; (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.

(b) For "used" vehicles:

   (1) Used Car Implied Warranty of Merchantability:

> The Seller hereby warrants that the vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the Purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

   (2) Waiver of Used Car Implied Warranty of Merchantability: Due to circumstances unusual to Seller's business, the used motor vehicle which is the subject of this Contract has the particular defects, if any, described below.
   **ATTENTION PURCHASER:** Sign here only if the dealer told you that this vehicle has the following problem(s) and that you agree to buy the vehicle on those terms.
   **ATENCION COMPRADOR:** Firme aqui solamente si el vendedor le dijo que el vehículo tiene el siguiente problema(s) y que usted conviene de compra el vehículo bajo estos términos.

1. _____N/A_____                    **Buyer/Comprador** _____    Date _____
2. _____N/A_____                    **Buyer/Comprador** _____    Date _____
3. _____N/A_____

   (3) The vehicle is sold "AS IS — NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives you a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the Vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller also gives you a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract, on its own behalf, with you which applies to the Vehicle. In that event, any implied warranties arising from the sale of the Vehicle shall be limited to the duration of Seller's written warranty or service contract. If the Vehicle is purchased for commercial use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.

**NOTICE TO BUYER: 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign.**

Annual Percentage Rate (APR) for the installment sale of an automobile may be negotiated with the dealership; and the dealership may receive some portion of the finance charge or receive other compensation for providing the financing.

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT, UNLESS DESCRIBED IN ITEM 11 AND AN APPROPRIATE PREMIUM CHARGE IS SHOWN IN ITEM 8(A) ABOVE.**

SELLER IS REGULATED AND COMPLAINTS CONCERNING THIS CONTRACT MAY BE ADDRESSED TO:

Buyer(s) Acknowledge(s) receipt of a fully completed copy of this Contract.

ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS
2910 N. 44th STREET, SUITE 310
PHOENIX, ARIZONA 85018
TELEPHONE: (602) 771-2800

\*BUYER X _____

\*BUYER _____

Dated this **25** day of **Apr** , 20 **16**     By _____ Its **FINANCE MANAGER**

\*OTHER OWNERS: If a person shown on the certificate of title as an owner of the vehicle does not want to be separately liable to pay this debt, please sign below to give us a security interest in the Vehicle, its proceeds, and physical damage insurance policy and any refunds of insurance premiums.

_____ _____     _____ _____
SIGNATURE                    DATE     SIGNATURE                    DATE

THE TRANSACTION WHICH IS THE SUBJECT OF THIS CONTRACT ☐ IS OR ☐ IS NOT SUBJECT TO A FEE RECEIVED BY A BROKER FROM THE SELLING MOTOR VEHICLE DEALER. IF APPLICABLE, THE NAME OF THE BROKER IS: _____

## ASSIGNMENT

Seller hereby assigns this Contract to the below designated Assignee under the terms and conditions of a Dealer Agreement (☐ Recourse ☐ Non-Recourse) previously entered into between Seller and Assignee, and in any event in accordance with the terms, conditions and warranties of the Seller's Assignment and Warranty on the reverse side hereof.

**FREEWAY CHEVROLET** 04/25/16     _____ **FINANCE MANAGER**
SELLER          DATED          BY          AUTHORIZED SIGNER          TITLE

Assignee: **VANTAG WEST**          Branch _____

Form No. 12 ©2005 a-d-s, INC. (Rev. 6/10)          **ORIGINAL**          ALL RIGHTS RESERVED

# EXHIBIT "B"



## Lien and Title Information Report

### 3254-VANTAGE WEST CREDIT UNION

| | | | |
|---|---|---|---|
| **Account No.** | ████████ | **VIN** | 2GKFLPE3XG6227862 |
| **Loan No.** | | **Branch** | |
| **Loan Suffix** | | | |
| **Customer** | HEATHER BORBON | | |
| **Organization ID** | 3254 | **Organization Name** | VANTAGE WEST CREDIT UNION |
| **Lien Start** | 05/04/2016 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

---

### Last ELT Transactions

| Received On | |
|---|---|
| 2016-05-12 14:01:08,0 | Add Record - Perfection of Lien |

---

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | HEATHER BORBON |
| | RUBEN BORBON JR |
| **Address** | 22280 S 209TH WAY 112,QUEEN CREEK AZ,85142 |

---

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | GMC |
| **Model** | TERRAIN | **Year** | 2016 |
| **Mileage** | 0 | | |

---

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | 006G016132044 | **Title State** | AZ |
| **Tag Number** | | **VIN** | 2GKFLPE3XG6227862 |
| **Status** | MATCHED | **Match Date** | 05/12/2016 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

---

### State Information

| | | | |
|---|---|---|---|
| **Name** | BORBON, HEATHER NICOLE | **Lessee** | |
| | BORBON JR, RUBEN | | |
| **Address** | 22280 S 209TH WAY APT 112,QUEEN CREEK AZ,851424858 | | |
| **Vehicle Type** | | **Make** | GMC |
| **Model** | TET | **Year** | 2016 |
| **Mileage** | 4672 | | |
| **Title State** | AZ | **Title Number** | 006G016132044 |
| **Brands** | | | |

# EXHIBIT "C"



# Reasonable Market Value Report

Report Date: 12/12/2019

---

## REASONABLE MARKET VALUE OF THIS VEHICLE
## 2016 GMC Terrain SLT Sport Utility 4D

VIN: 2GKFLPE3XG6227862          Reference:

---

| | | |
|---|---|---|
| | Base Value: | $16,491 |
| Value as of: 12/12/2019 | Engine: V6, 3.6 Liter | $802 |
| Zip Code: 85142 | Transmission: Automatic, 6-Spd | Included |
| Condition: Good | Drivetrain: FWD | Included |
| | Mileage: 54,740 | Included |
| | Color: Black | $0 |

---

### Itemized Equipment

| | | | |
|---|---|---|---|
| Traction Control | Included | SiriusXM Satellite | Included |
| StabiliTrak | Included | Bluetooth Wireless | Included |
| ABS (4-Wheel) | Included | OnStar w/RemoteLink | Included |
| Keyless Entry | Included | Backup Camera | Included |
| Keyless Start | Included | Dual Air Bags | Included |
| Air Conditioning | Included | Side Air Bags | Included |
| Power Windows | Included | F&R Head Curtain Air Bags | Included |
| Power Door Locks | Included | Heated Seats | Included |
| Cruise Control | Included | Power Seat | Included |
| Power Steering | Included | Leather | Included |
| Tilt & Telescoping Wheel | Included | Daytime Running Lights | Included |
| AM/FM Radio w/IntelliLink | Included | Roof Rack | $73 |
| CD/MP3 (Single Disc) | Included | Alloy Wheels | Included |

**Total Itemized Equipment: $875**

---

## Reasonable Market Value = Kelley Blue Book® Typical Listing*: $17,366

(Including Color, Mileage and Itemized Equipment)

*The reasonable market value is being provided only for comparison shopping and is not the retail sale price or the advertised price of the vehicle.

©2019 Kelley Blue Book® Co., Inc. All rights reserved. 12/12/2019 Edition for 85142. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book® assumes no responsibility for errors or omissions.

Case 2:19-bk-15474-PS    Doc 19    Filed 01/15/20    Entered 01/15/20 09:26:00    Desc
Main Document    Page 10 of 10